IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Andrew Talbert, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:15cv468 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 15, 2016(Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 5, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court finds the Administrative Law Judge's disability determination is not supported by substantial evidence because the ALJ premised his Step Five finding on erroneous and equivocal Vocational Expert's testimony. Therefore, the decision of the Commissioner is REVERSED and REMANDED for further proceedings.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court